**No. P68/290.**—John A. Steer Co. v. United States, protests 65/4610 and 65/4611 (Philadelphia).

BEFORE THE SECOND DIVISION, JUNE 26, 1968

**No. P68/291.**—American Bayard Cycle Co. et al. v. United States, protests 300213–K, etc. (New York).

**No. P68/292.**—Korlis, Ltd. v. United States, protest 58/456 (San Francisco).

**No. P68/293.**—Bert Scheuer, Inc., et al. v. United States, protests 59/8756, etc. (Boston and New York).

**No. P68/294.**—Seedman International Corp. v. United States, protests 59/23449 and 59/29250 (Los Angeles).

**No. P68/295.**—Seedman International Corp. v. United States, protests 61/22451–12450 and 61/22892–12814 (Chicago).

**No. P68/296.**—Seedman International Corp. v. United States, protest 62/18408 (San Francisco).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of coordinato-

graphs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.